The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAPTIVE AVENUE ASSOCIATES, INC.,

Plaintiff,

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, INC., and AMAZON WEB SERVICES, INC.,

Defendants.

CASE NO. 2:26-CV-02791-JNW

**ORDER STAYING CASE DEADLINES**

Having considered the parties' Stipulated Motion Staying Case Deadlines, and good cause being shown, the Court hereby orders that case deadlines be adjusted as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Parties to submit Joint Status Report and Proposed Case Schedule | N/A | Within 14 days of **(a)** Plaintiff declining to timely seek review of Delaware ruling with Court of Appeals for Federal Circuit, or **(b)** final judgment from Court of Appeals for Federal Circuit on Plaintiff's petition for review, whichever is sooner |
| All other case deadlines | N/A | Stayed until further order from the Court |



Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA 98105
Ph: 206.701.0331
Fax: 206.701.0332

Presented by:

s/ Molly A. Terwilliger

**MORGAN, LEWIS & BOCKIUS LLP**

Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

Natalie A. Bennett (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: (202) 739-3000
Email: natalie.bennett@morganlewis.com

Wendy Do (*pro hac vice*)
1400 Page Mill Road
Palo Alto, CA 94301-1124
Phone: (650) 843-7270
Email: wendy.do@morganlewis.com

John Gaustad (*pro hac vice*)
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Phone: (415) 442-1000
Email: john.gaustad@morganlewis.com

Nicholas A. Restauri (*pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Phone: (312) 324-1000
Email: nicholas.restauri@morganlewis.com

*Counsel for Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc*



Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA 98105
Ph: 206.701.0331
Fax: 206.701.0332

s/ Michael P. Matesky, II

Michael P. Matesky, II, WSBA # 39586
Matesky Law PLLC
4500 9th Avenue NE, Suite 300
Seattle, WA 98105
Tel: 206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com

Michelle E. Dawson (*Pro Hac Vice*)
Devan V. Padmanabhan (*Pro Hac Vice*)
Paul Robbennolt (*Pro Hac Vice*)
**PADMANABHAN & DAWSON, PLLC**
9800 Shelard Parkway, Suite 120
Minneapolis, MN 55441
Tel: (612) 444-3601
Fax: (612) 444-31958
michelle@paddalawgroup.com
devan@paddalawgroup.com
paul@paddalawgroup.com

*Attorneys for Plaintiff Adaptive Avenue Associates, Inc*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this 17th day of November, 2027.

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT COURT JUDGE